UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 443-3543

-and-

**CAHILL GORDON & REINDEL LLP**
Joel Moss, Esq. (admitted *pro hac vice*)
David G. Januszewski, Esq. (*pro hac vice* pending)
Jordan Wishnew, Esq.
Jason M. Hall, Esq. (*pro hac vice* pending)
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000

*Co-Counsel for Defendant Barclays Bank PLC*

| | |
|---|---|
| In re: | Chapter 11 |
| MULTI-COLOR CORPORATION, *et al.*, | Case No.: 26-10910 (MBK) |
| Debtors.[1] | Judge: Michael B. Kaplan |
| BTG Pactual Asset Management US, LLC, BTG Pactual Absolute Return Master Fund, L.P., Canyon Capital Advisors LLC, The Canyon Value Realization Master Fund, L.P., River Canyon Fund Management LLC, River Canyon Total Return Bond Fund, Owl Creek Asset Management, L.P., Owl Creek Credit Opportunities Master Fund, L.P., Shenkman Opportunistic Credit Master Fund LP, Third Point LLC, and Third Point Master Fund LP | Adv. Pro. No.: 26-01041 (MBK) |

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

|  |
|---|
| Plaintiffs |
| v. |
| Barclays Bank PLC |
| Defendant. |

**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF DEFENDANT BARCLAYS BANK PLC UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE 7012(b)(1) AND 7012(b)(6) TO STAY, ABSTAIN, OR <u>DISMISS THE ADVERSARY PROCEEDING</u>**

Barclays Bank PLC ("Barclays" or "Defendant"), by and through its undersigned counsel, respectfully requests that the time period for setting a hearing on Defendant's motion to stay this adversary proceeding pending confirmation of a reorganization plan in the main bankruptcy cases, or, in the the alternative, that the Court exercise permissive abstention pursuant to 28 U.S.C. § 1334(c)(1) or dismiss the proceeding for lack of standing under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), made applicable to this proceeding pursuant to Fed R. Bankr. P. 7012 (the "Stay Motion"), as required by D.N.J. LBR 9013-2, be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below.

1.      Defendant seeks a shortened hearing time because allowing this adversary proceeding to continue now would create parallel litigation on issues that overlap entirely with confirmation and court-ordered mediation.  With mediation in the main bankruptcy proceeding scheduled to end no later than March 17, 2026 and confirmation hearings currently scheduled for March 31, 2026, there is *zero* reason to permit this duplicative proceeding, which wastes judicial and estate resources. Conducting duplicative discovery, expert testimony, and briefing on these issues before, or in addition to, the scheduled confirmation hearings would waste judicial and estate resources.

2.      A hearing is requested on or before March 18, 2026.

3.      A reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c).

4.      Defendant requests entry of the proposed order shortening time, filed herewith.

Dated: March 2, 2026

**GREENBERG TRAURIG, LLP**

/s/ Alan J. Brody___
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 443-3543
Email: Brodya@gtlaw.com

-and-

**CAHILL GORDON & REINDEL LLP**
Joel Moss, Esq. (admitted *pro hac vice*)
David G. Januszewski, Esq. (*pro hac vice* pending)
Jordan Wishnew, Esq.
Jason M. Hall, Esq. (*pro hac vice* pending)
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
JMoss@cahill.com
Email:   DJanuszewski@cahill.com
              JWishnew@cahill.com
              JHall@cahill.com

*Co-Counsel for Defendant Barclays Bank PLC*