UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler (NJ Bar No. 009521996)
Robert J. Feinstein (pro hac vice forthcoming)
Edward A. Corma (NJ Bar No. 278262018)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
ecorma@pszjlaw.com
Proposed Counsel for the Official Committee of
Unsecured Creditors

Order Filed on March 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MULTI-COLOR CORPORATION, et al.,

Debtors.

In Re:

BTG Pactual Asset Management US, LLC, et al.
v.
Barclays Bank PLC, et al.

Adv. Pro. No.: __26-01041 (MBK)__

Case No.: ____26-10910 (MBK)____

Chapter: _____11_____

Judge: ___Michael B. Kaplan___

---

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: March 25, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _the Official Committee of Unsecured Creditors_ for a reduction of time for a hearing on ___the Official Committee of Unsecured Creditors' Motion to Intervene___ (re: Adversary Proceeding No. 26-01041 (MBK)) _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___March 26, 2026___ at _11:30am_ in the United States Bankruptcy Court, via Zoom (see paragraph 9) Courtroom No. _8_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (a) counsel to the Debtors; (b) the U.S. Trustee; (c) counsel to Barclays Bank PLC; (d) counsel to the Cross-Holder Ad Hoc Group; and (e) all parties entitled to notice under applicable rules/order of Court. by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❑ must be provided to _____

❑ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.    ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.    ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ☒ The hearing will be conducted via a specialized Zoom link. See instructions below:

All parties who previously received panelist status for the hearing on the DIP Motion in the main bankruptcy case need NOT re-register for the continued DIP hearing OR for the hearing on this Motion. Please use the same registration link previously provided.
Any party wishing to present remote argument, who has not previously been approved, must request panelist status by sending an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observational purposes can be found on Judge Kaplans page on the Court website (https://www.njb.uscourts.gov/content/honorable-michael-b-kaplan) ✚

*rev.5/19/2025*